# Exhibit A

**Thursday, April 30, 2026 at 3:54:24 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Polam Federal Credit Union v. Fiserv Solutions, LLC, et al., No. 2:26-cv-2352-JFW-DFM (C.D. Cal.) - Exhibits to Complaint |
| **Date:** | Thursday, April 30, 2026 at 3:37:36 PM Eastern Daylight Time |
| **From:** | Kristen Nelson |
| **To:** | Markos, Christy A., Nguyen, Lynda Bui, Lori Feldman, Patrick Maloney, Lee Boyd, Charles Nerko |
| **CC:** | Allison, Steven D., Byam-Katzman, Jesse L., Patterson, Tim, Wronski, Andy |
| **Attachments:** | image001.png, image001.png |

Christy,

POLAM opposes this updated proposal for the same reasons articulated previously. Fiserv's use of "flex credits" is a matter of public record in *Self-Help Credit Union v. Fiserv Solutions, LLC*, No. 1:25-cv-1112 (M.D.N.C. 2025) and can be found in SEC materials on EDGAR, *see, e.g.*, https://www.sec.gov/Archives/edgar/data/1070523/000114420415037426/v413232_ex10-1.htm —which undermines any argument that they are confidential or proprietary.

As sealing applications are joint filings for Judge Walter, we will include a separate section stating our objection. Please send the draft application in the next 30 minutes so that we can include POLAM's statement.

Kristen



**Kristen Nelson**
Partner
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
E: knelson@hechtpartners.com
P: (646) 490-2408

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**From:** Markos, Christy A. <Christy.Markos@troutman.com>
**Date:** Thursday, April 30, 2026 at 3:13 PM
**To:** Kristen Nelson <knelson@hechtpartners.com>, Nguyen, Lynda Bui <Lynda.Nguyen@troutman.com>, Lori Feldman <lfeldman@hechtpartners.com>, Patrick Maloney <pmaloney@hechtpartners.com>, Lee Boyd <lboyd@hechtpartners.com>, Charles Nerko <cnerko@nerko.com>
**Cc:** Allison, Steven D. <Steven.Allison@troutman.com>, Byam-Katzman, Jesse L. <jbyam-katzman@foley.com>, Patterson, Tim <tjpatterson@foley.com>, Wronski, Andy <awronski@foley.com>
**Subject:** RE: Polam Federal Credit Union v. Fiserv Solutions, LLC, et al., No. 2:26-cv-2352-JFW-DFM (C.D. Cal.) - Exhibits to Complaint

Kristen,

Fiserv intends to seek redaction of the Flex Credit amounts only as reflected in your Exhibit 2 and the 2021 Amendment to the Master Agreement.  Since we are further limiting the redactions to the Flex Credits only, does POLAM still intend to object to the proposed redaction?  If that is the case, please provide us with POLAM's position so we can include that in the application.  If POLAM does oppose this more narrowed redaction, please let us know and we can indicate that in the sealing papers.

Given that POLAM has already filed a redacted version, and that Fiserv is filing its motion today, we would appreciate it if you could provide us with your position today and we will send you the final application for review before filing.

Thank you,
Christy


**Christy A. Markos**
**Associate**
**troutman pepper locke**
Direct: 949.622.2734 | Mobile: 714.615.2463
christy.markos@troutman.com

---

**From:** Kristen Nelson <knelson@hechtpartners.com>
**Sent:** Wednesday, April 29, 2026 12:19 PM
**To:** Nguyen, Lynda Bui <Lynda.Nguyen@troutman.com>; Lori Feldman <lfeldman@hechtpartners.com>; Patrick Maloney <pmaloney@hechtpartners.com>; Lee Boyd <lboyd@hechtpartners.com>; Charles Nerko <cnerko@nerko.com>
**Cc:** Allison, Steven D. <Steven.Allison@troutman.com>; Markos, Christy A. <Christy.Markos@troutman.com>; Byam-Katzman, Jesse L. <jbyam-katzman@foley.com>; Patterson, Tim <tjpatterson@foley.com>; Wronski, Andy <awronski@foley.com>
**Subject:** Re: Polam Federal Credit Union v. Fiserv Solutions, LLC, et al., No. 2:26-cv-2352-JFW-DFM (C.D. Cal.) - Exhibits to Complaint

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Lynda,

Can you please provide an update as to whether Fiserv plans to file a sealing motion for Complaint Exhibit 2 today or tomorrow?

Kristen



**Kristen Nelson**
Partner
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
E: knelson@hechtpartners.com
P: (646) 490-2408

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Kristen Nelson <knelson@hechtpartners.com>
**Date:** Tuesday, April 28, 2026 at 9:35 PM
**To:** Nguyen, Lynda Bui <Lynda.Nguyen@troutman.com>, Lori Feldman <lfeldman@hechtpartners.com>, Patrick Maloney <pmaloney@hechtpartners.com>, Lee Boyd <lboyd@hechtpartners.com>, Charles Nerko <cnerko@nerko.com>
**Cc:** Allison, Steven D. <Steven.Allison@troutman.com>, Markos, Christy A. <Christy.Markos@troutman.com>, Byam-Katzman, Jesse L. <jbyam-katzman@foley.com>, Patterson, Tim <tjpatterson@foley.com>, Wronski, Andy <awronski@foley.com>
**Subject:** Re: Polam Federal Credit Union v. Fiserv Solutions, LLC, et al., No. 2:26-cv-2352-JFW-DFM (C.D. Cal.) - Exhibits to Complaint

Lynda,

Fiserv's position regarding the Master Agreement is inconsistent with its conduct in *Self-Help* and *Bessemer*, and cannot be reconciled with the court's decision last year in *Cencap*.

If Fiserv intends to proceed with the proposed pricing redactions to Exhibit 2, we note that, as the party seeking those redactions, the burden to file the motion to seal falls on Fiserv. Given that Judge Walter requires a joint submission, Plaintiff will include its objections, which will address both Fiserv's pattern and practice with respect to Master Agreement filings in other matters and the compelling public right of access—particularly given that POLAM is a consumer-owned cooperative.

Please advise as to Fiserv's position.

Thank you.



**Kristen Nelson**
Partner
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
E: knelson@hechtpartners.com
P: (646) 490-2408

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Nguyen, Lynda Bui <Lynda.Nguyen@troutman.com>
**Date:** Tuesday, April 28, 2026 at 6:30 PM
**To:** Kristen Nelson <knelson@hechtpartners.com>, Lori Feldman <lfeldman@hechtpartners.com>, Patrick Maloney <pmaloney@hechtpartners.com>, Lee Boyd <lboyd@hechtpartners.com>, Charles Nerko <cnerko@nerko.com>
**Cc:** Allison, Steven D. <Steven.Allison@troutman.com>, Markos, Christy A. <Christy.Markos@troutman.com>, Byam-Katzman, Jesse L. <jbyam-katzman@foley.com>, Patterson, Tim <tjpatterson@foley.com>, Wronski, Andy <awronski@foley.com>
**Subject:** RE: Polam Federal Credit Union v. Fiserv Solutions, LLC, et al., No. 2:26-cv-2352-JFW-DFM (C.D. Cal.) - Exhibits to Complaint

Kristen,

We disagree that the agreement here should be filed without any redactions.  While we agreed to do that in the Self-Help case, the agreement in this case is different and contains current pricing information and specially negotiated pricing terms (e.g., the flex credit). This information is quintessential proprietary information (as recognized under the case law), and the redactions we proposed are narrowly tailored to address this concern. Additionally, the confidential pricing information has no bearing on any immediate issues in this case, including resolution of the forthcoming motion to dismiss.  While we understand that POLAM may disagree with whether such terms should be treated as confidential, our proposal was intended to facilitate POLAM's filing of a complete complaint with all exhibits without the parties having to undertake the cumbersome joint sealing requirements imposed by the local rules and Judge Walter's stranding order, given that the pricing schedule is tangential to the parties' dispute at the pleading stage.  We also would not be taking the position that by filing a redacted version of the schedule, POLAM is somehow waiving any arguments about whether the agreement and its amendments should be filed under seal at some later date as the case progresses.  In any case, Fiserv does not agree that Exhibit 2 should be publicly filed without redactions, and if POLAM does not agree to file the redacted version of Exhibit 2 we provided, we nonetheless expect POLAM to cooperate in preparing and filing a formal sealing request in accordance with L.R. 79-5.2.2.

Please advise as to POLAM's position.  Thank you.

Best,

**Lynda Bui Nguyen**
**Associate**
**troutman pepper locke**
Direct: 949.771.9822

lynda.nguyen@troutman.com

---

**From:** Kristen Nelson <knelson@hechtpartners.com>
**Sent:** Tuesday, April 28, 2026 11:00 AM
**To:** Nguyen, Lynda Bui <Lynda.Nguyen@troutman.com>; Lori Feldman <lfeldman@hechtpartners.com>; Patrick Maloney <pmaloney@hechtpartners.com>; Lee Boyd <lboyd@hechtpartners.com>; Charles Nerko <cnerko@nerko.com>
**Cc:** Allison, Steven D. <Steven.Allison@troutman.com>; Markos, Christy A. <Christy.Markos@troutman.com>; Byam-Katzman, Jesse L. <jbyam-katzman@foley.com>; Patterson, Tim <tjpatterson@foley.com>; Wronski, Andy <awronski@foley.com>
**Subject:** Re: Polam Federal Credit Union v. Fiserv Solutions, LLC, et al., No. 2:26-cv-2352-JFW-DFM (C.D. Cal.) - Exhibits to Complaint

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Lynda,

Plaintiff objects to redacting or sealing any material beyond what is required by FRCP 5.2. In similar matters—such as *Self-Help Credit Union v. Fiserv Solutions, Inc.*, MDNC No. 1:25-cv-1112—the Master Agreement materials have been filed without redaction and we request the same treatment here.

Please confirm your agreement and we will arrange to have the unreacted versions of Exhibits 2, 3, 4 filed to the public docket tomorrow.

All best,

Kristen



**Kristen Nelson**
Partner
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
E: knelson@hechtpartners.com
P: (646) 490-2408

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Nguyen, Lynda Bui <Lynda.Nguyen@troutman.com>
**Date:** Monday, April 27, 2026 at 2:59 PM
**To:** Lori Feldman <lfeldman@hechtpartners.com>, Kristen Nelson <knelson@hechtpartners.com>, Patrick Maloney <pmaloney@hechtpartners.com>, Lee Boyd <lboyd@hechtpartners.com>, Charles Nerko <cnerko@nerko.com>

**Cc:** Allison, Steven D. <Steven.Allison@troutman.com>, Markos, Christy A.
<Christy.Markos@troutman.com>, Byam-Katzman, Jesse L. <jbyam-katzman@foley.com>,
Patterson, Tim <tjpatterson@foley.com>, Wronski, Andy <awronski@foley.com>
**Subject:** Polam Federal Credit Union v. Fiserv Solutions, LLC, et al., No. 2:26-cv-2352-JFW-
DFM (C.D. Cal.) - Exhibits to Complaint
Counsel,

As discussed during last week's call, attached please find a redacted and more complete
version of Exhibit 2 to the Complaint for your consideration.  In this proposed version, we
included the Amendment to Agreement dated October 18, 2021 which we mentioned on
the call.  Please let us know by end of day tomorrow whether you agree to file this version of
Exhibit 2.  Please also confirm you will be able to file the outstanding exhibits to the
Complaint by close of business on Wednesday, April 29, so that the Complaint is complete
on the record in time for the filing of Fiserv's response to the Complaint.  Thank you.

Best regards,

**Lynda Bui Nguyen**
**Associate**
Direct: 949.771.9822
lynda.nguyen@troutman.com

**troutman pepper locke**
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
troutman.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged
and confidential information. If you received this message in error, please notify the sender
and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail
(and attachments) is strictly prohibited. E-mails may be monitored or scanned for security
and compliance purposes. For more information, including privacy notices and policies,
please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP,
please see our London office page (www.troutman.com/offices/london.html) for regulatory
information.